LOUIS POSNER, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Action to recover on two insurance policies containing total disability provisions. The question involved was: What constitutes total disability? Judgment was rendered in favor of plaintiff, and defendant appeals. Judgment reversed on the law, with costs, and complaint dismissed, with costs, upon the ground that the evidence is not sufficient to establish such a total and permanent disability as is contemplated by the policies which are the bases of plaintiff's action. (*Waldman* v. *Mutual Life Insurance Company of New York*, ante, p. 448.) Carswell, Johnston and Adel, JJ., concur; Davis and Close, JJ., concur for reversal but dissent from the dismissal of the complaint and vote for a new trial upon the ground that the verdict is against the weight of evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BREWSTER, Appellant.— The defendant had a slight collision with another car at a street intersection, where obviously the fault was not his, for he had the right of way and there was no traffic light. The other driver caused the defendant's arrest for driving while intoxicated. According to the policeman's testimony, the defendant, at the scene and in the police station, where he was given tests, showed no signs of intoxication. The officer's conclusion that he was unfit to drive an automobile was based on no evidence. The defendant was a recent resident of Queens and the magistrate based his judgment of conviction on the fact that the defendant did not take the most direct route to his home. There was no credible evidence indicating that the defendant was driving while intoxicated. Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, reversed on the law and the information dismissed. Hagarty, Davis, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LEWIS ROGERS, Appellant.— Judgment of a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of operating a motor vehicle while intoxicated, unanimously affirmed. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.